J. W. MATTHEWS AND COMPANY, Respondent, *v.* THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, Appellant.

*Matthews & Co.* v. *Employers' Liability Assur. Corpn., Ltd.*, 127 App. Div. 195, affirmed.
(Argued May 13, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 17, 1908, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover upon a policy of fidelity insurance.

*John A. Dutton* for appellant.

*Henry Kohl* and *Benjamin McClung* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: EDWARD T. BARTLETT, HAIGHT, WERNER, WIL-LARD BARTLETT, HISCOCK and CHASE, JJ.    Absent: CULLEN, Ch. J.